JOSEPH LIBEN et al., Respondents, *v.* GORE BUILDING CORPORATION, Appellant, Impleaded with Another.

(Argued March 17, 1930; decided March 25, 1930.)

*Jacob A. Bernstein* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.